# **EXHIBIT A**

FILED
10/7/2022 1:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L009091
Calendar, N

FILED DATE: 10/7/2022 1:07 PM   2022L009091

### IN THE CIRCUIT COURT OF COOK COUNTY
### COUNTY DEPARTMET LAW DIVISION

|  |  |  |
|---|---|---|
| BRIAN URLACHER | ) | |
| | ) | |
| Plaintiff, | ) | **2022L009091** |
| v. | ) | No. |
| | ) | |
| HOUSTON HAIR TRANSPLANT | ) | |
| CENTER, LLC | ) | |
| | ) | |
| Defendant. | ) | |

### COMPLAINT AT LAW

Now comes the Plaintiff, BRIAN URLACHER, by and through his attorneys, Barney &

Karamanis, LLP, and complaining against the Defendant, HOUSTON HAIR TRANSPLANT

CENTER, LLC, and for causes of action alleges as follows:

### FACTS COMMON TO ALL COUNTS

1.      Plaintiff, BRIAN URLACHER ("Mr. Urlacher"), is an individual and is now,

and at all times mentioned in this Complaint, a resident of Arizona.

2.      Mr. Urlacher is a well-known public figure and former NFL player.

3.      Mr. Urlacher is also a long-standing spokesperson and endorser of

RESTORATION HOLDINGS, LLC ("Restore Hair").

4.      Restore Hair is a limited liability company organized under the laws of the state of

Illinois.

5.      Restore Hair is in the business of managing and providing administrative services

for medical offices, which offer hair restoration treatment.

6.      Defendant, HOUSTON HAIR TRANSPLANT CENTER, LLC ("Houston Hair"),

is a limited liabilitycorporation organized under the laws of the state of Texas with its principal

1

FILED DATE: 10/7/2022 1:07 PM    2022L009091

place of business in Houston, Texas.

7.      Defendant Houston Hair is in the business of, among other things, providing hair restoration treatments to patients.

8.      Mr. Urlacher has no affiliation with Defendant Houston Hair.

9.      At all times relevant herein, Defendant Houston Hair maintained a website https://www.hairphysician.com.

10.     In the course of its business, Defendant Houston Hair published blog post ("the post") about Mr. Urlacher's hair restoration as a form of advertisement to promote its hair restoration business and services.

11.     The post, titled *Brian Urlacher Hair Transplant?*, was published at https://www.hairphysician.com/brian-urlacher-hairtransplant/. *See* Exhibit A.

12.     The post deceptively led potential patients to believe that Mr. Urlacher had an affiliation with, or received his hair restoration treatment from, Defendant Houston Hair.

13.     The post did not, at any point, indicate that Mr. Urlacher did not receive his hair restoration procedure from Defendant Houston Hair.

14.     The post was written misleadingly to make an audience believe Defendant Houston Hair received first-hand knowledge and direct quotes from Mr. Urlacher himself.

15.     Mr. Urlacher never gave Defendant Houston Hair permission to use his name or likeness in any way.

16.     Any use of the name "Urlacher" or reference to Mr. Urlacher by Defendant Houston Hair was unauthorized.

17.     Defendant Houston Hair intended the general public to rely upon the blog post to the mislead them, for Defendant's own reputational and commercial gain.

18. Defendant used the post in the course of trade and for commercial purposes.

## COUNT I: MISAPPROPRIATION OF NAME AND LIKENESS UNDER 765 ILCS 1075

19. Plaintiff repeats and realleges Paragraphs 1 through 18 of this Complaint as and for Paragraph 19 of this Count I as if fully set forth herein.

20. At all times Mr. Urlacher had a right of publicity to his name and likeness in Illinois as recognized by 765 ILCS 1075 *et seq.*

21. Defendant Houston Hair never had permission to use Mr. Urlacher's name and likeness.

22. Mr. Urlacher never gave permission or any allowance of any kind, whether express or implied, written or oral, to Defendant Houston Hair to use his name and/or likeness at any time.

23. Any use of Mr. Urlacher's name and likeness by Defendant Houston Hair was in violation of Mr. Urlacher's right to publicity.

24. At all times relevant, Defendant Houston Hair's use of the name Urlacher was willful and perpetrated with an intent to deceive the public.

25. At all times relevant, Defendant Houston Hair's use of Mr. Urlacher's name and likeness was willful and perpetrated with an intent to deceive the public.

26. At all times relevant, Defendant Houston Hair was fully aware that their use of "Urlacher" and Mr. Urlacher's name and likeness was unauthorized.

27. As a direct and proximate result of Defendant Houston Hair's misappropriation of Mr. Urlacher's name and likeness, Mr. Urlacher was damaged economically and non-economically through lost profits, loss of reputation, loss of business, dilution of name, and other and further damages resulting from Defendants' improper use of Mr. Urlacher's name and likeness.

3

FILED DATE: 10/7/2022 1:07 PM    2022L009091

WHEREFORE BRIAN URLACHER, by and through his attorneys, Barney & Karamanis, LLP, respectfully prays for the entry of a judgment against Defendant HOUSTON HAIR TRANSPLANT CENTER, and each of them in an amount in excess of Fifty Thousand Dollars ($50,000.00) plus attorney fees, court costs, and punitive damages under 765 ILCS 1075/40(b); and for such other and further relief for Plaintiff as this Court deems just and proper.

## COUNT II: FALSE LIGHT

28.     Plaintiff repeats and realleges Paragraphs 1 through 18 of this Complaint as and for Paragraph 28 of this Count II as if fully set forth herein.

29.     The statements made by Defendant Houston Hair about Mr. Urlacher were misleading when they were made.

30.     Defendant Houston Hair knew or should have known that those statements in the blog post were misleading when made.

31.     These statements portrayed Plaintiff Brian Urlacher in a false light, which has since damaged their reputation and caused a loss of business and revenue.

WHEREFORE, Plaintiffs, BRIAN URLACHER, by and through his attorneys, Barney & Karamanis, LLP, demands judgment against Defendant, HOUSTON HAIR TRANSPLANT CENTER, LLC, in an amount in excess of Fifty Thousand Dollars ($50,000.00) plus court costs; and for such other and further relief for Plaintiff as this Court deems fair and just.

Respectfully submitted,

**Brian Urlacher**

By:_____ /s/James A. Karamanis_____
        Attorneys for Plaintiff

4

James A. Karamanis, Esq. (ARDC#6203479)
Barney & Karamanis, LLP.
Two Prudential Plaza
180 N. Stetson Avenue Suite 3050
Chicago, Il. 60601
Phone: (312) 553-5300
Fax: (312) 344-1901
Firm ID: 48525
james@bkchicagolaw.com;

FILED DATE: 10/7/2022 1:07 PM   2022L009091

FILED DATE: 10/7/2022 1:07 PM  2022L009091

# Exhibit A

The Wayback Machine - https://web.archive.org/web/20201124055245/https://www.hairphysician.com/bri...

Can You Chip In?

They're trying to change history—don't let them. The Wayback Machine is a crucial resource in the fight against disinformation, and now more than ever we need your help. Right now we're preserving history as it unfolds, keeping track of who's saying what and when—all without charging for access, selling user data, or running ads. Instead, the Internet Archive (which runs this project) relies on the generosity of individuals to help us keep the record straight.

We don't ask often, but right now, we have a 2-to-1 Matching Gift Campaign, tripling the impact of every donation. If each of our users gave just $10, we could end this fundraiser today—so if you find all these bits and bytes useful, please pitch in.

- f
- ◎
- ▣

(713) 864-2300

- Home
- Hair Loss
  - Hair Loss Causes
  - Male Pattern Baldness
  - Finasteride (Propecia) for Hair Loss
  - Minoxidil (Rogaine) for Hair Loss
  - Hair Loss in Women
  - PRP (Platelet Rich Plasma) for Hair Loss
- Hair Transplant / Restoration
  - ATERA FUE
  - Follicular Unit Extraction (FUE)
  - Neograft FAQ
  - Hair Restoration Cost
  - Facial Hair Transplants
  - Female Hair Restoration
  - Hair Transplant Virtual Consults
- Gallery
  - Before & After Photos
  - Hair Transplant Videos
- Reviews
- About Us
  - Our Practice
  - Dr. Goran Jezic, MD

FILED DATE: 10/7/2022 1:07 PM 2022L009091

- o Location
- o Blog
- Contact
  - o Virtual Consultation

Protected by Recaptcha. Privacy & Terms

send now!

📅 ✖ request a consultation

713-864-2300

Houston, TX

- Home
- Hair Loss
  - o Hair Loss Causes
  - o Male Pattern Baldness
  - o Finasteride (Propecia) for Hair Loss
  - o Minoxidil (Rogaine) for Hair Loss
  - o Hair Loss in Women
  - o PRP (Platelet Rich Plasma) for Hair Loss
- Hair Transplant / Restoration
  - o ATERA FUE
  - o Follicular Unit Extraction (FUE)
  - o Neograft FAQ
  - o Hair Restoration Cost
  - o Facial Hair Transplants
  - o Female Hair Restoration
  - o Hair Transplant Virtual Consults
- Gallery
  - o Before & After Photos
  - o Hair Transplant Videos
- Reviews
- About Us
  - o Our Practice
  - o Dr. Goran Jezic, MD
  - o Location
  - o Blog

FILED DATE: 10/7/2022 1:07 PM   2022L009091

- Contact
  - Virtual Consultation

# Brian Urlacher Hair Transplant?

Conveniently located to serve the areas of Austin, San Antonio and Houston, Texas

Home » Blog » Brian Urlacher Hair Transplant?

by Medical Director

While some may worry about having sweaty, helmet-hair after winning a long football game, that was never a problem Brian Urlacher had to deal with… until now.

Brian Urlacher, a former Chicago Bears NFL linebacker, was always recognized for his clean, bald head on and off the field. Urlacher experienced significant hair loss while in high school almost 20 years ago and decided to cut his hair short ever since giving him his signature bald look.

But a friend, who was also once bald, approached him and pitched Urlacher the idea of getting a procedure done like he had. After seeing amazing results on his friend who had a hair transplant surgery, Urlacher decided to check out this option and combat his hair loss once and for all.

A year after getting the procedure done, Urlacher made an appearance on Tuesday on Chicago's WGN News after hiding his head under a hat for four months and shocked everybody.

Urlacher, now with a full head of hair was ready to take on the world once more as a spokesperson for RESTORE the hair transplant facility. You could see his excitement beam on his face as he talks about his great results even explaining how his procedure was done. He was left with no line scarring and was in and out of the clinic in a day due to getting the FUE procedure done.

While his friend of his had great results and was happy with it, Urlacher was scared if he didn't like his new look. After 20 years of being bald, this would be a dramatic change. "If I got it done and didn't like it, guess what?" Urlacher said, "I could still shave my head because there's no line scarring. I could have shaved my head… but I liked it."

Urlacher wasn't afraid to take the risk and knew that all he had to do was cut it again if he didn't like the change. For him, and for many others, he didn't need to cut it all off again. His results proved that his procedure was a success.

"It was pretty shocking to me as well." Urchaler said during the interview on Chicago's WGN News. "I didn't think it'd work honestly, but it worked."

"Hair restoration is no longer the invasive procedure it use to be and more people are starting to see that every day. You can be back at work or playing sports in no time" stated Dr. Jezic at Houston's Dr. Jezic's Center.

FILED DATE: 10/7/2022 1:07 PM    2022L009091

To learn more about your hair transplant options, contact us anytime at the Dr. Jezic's Hair Transplant Center.

- Share:
- f
- 🐦
- t
- ♫

## November 2020 Specials

Sign Up for our mailing list and stay informed about our monthly specials.

Sign Up Here

Follow on Instagram

## Meet Dr. Jezic



Meet Dr Goran Jezic - Houston Hair Transplant Center

## Contact Us

FILED DATE: 10/7/2022 1:07 PM    2022L009091

☑Receive Specials & Promos

send now!

Protected by Recaptcha. Privacy & Terms
We Now Offer Virtual Consults By Video, Phone and Email.

Get Started

# Neograft FUE Learn Everything About It

read more

# Before & After PhotosCheck out our gallery

read more

# Hair Transplant VideosWatch videos about our work

read more
Our Office
Houston

FILED DATE: 10/7/2022 1:07 PM    2022L009091



4101 Greenbriar Dr. Suite 200 | Houston, TX 77098
maps and directions

(713) 864-2300

- f
- 🅾
- You

Medical Website Design by GrowthMed

- Privacy
- |
- Disclaimer
- |
- Sitemap
- |
- Feedback
- |
- Blog

FILED DATE: 10/7/2022 1:07 PM    2022L009091

★★★★★ 4.9 stars - based on 106 reviews

Copyright © 2020 Houston Hair Transplant Center

*individual results may vary

All Rights Reserved

We Now Offer Virtual Consults By Video, Phone and Email.
Click To Start
⏺Photos ☎Call ✉Email

**District 1**

# Case Summary

**Case No. 2022L009091**

| | |
|---|---|
| **Brian Urlacher -vs- Houston Hair Transplant center, LLC** | § Location<br>§ **District 1**<br>§ Judicial Officer<br>§ **Calendar, N**<br>§ Filed on<br>§ **10/07/2022**<br>§ Cook County Attorney Number<br>§ **48525** |

---

## Case Information

Case Type: Other Commercial Litigation - Jury

Case Status: **10/07/2022  Pending**

---

## Assignment Information

**Current Case Assignment**

Case Number    2022L009091
Court    District 1
Date Assigned    10/07/2022
Judicial Officer    Calendar, N

---

## Party Information

*Lead Attorneys*

**Plaintiff**    **Urlacher, Brian**

c/o Barney & Karamanis, LLP.
180 N. Stetson, Suite 3050
Chicago, IL 60601

**Karamanis, James Andreas**
*Retained*
312-553-5300(W)

**Defendant**    **Houston Hair Transplant center, LLC**

## Events and Orders of the Court

01/23/2023    **Continued Case Management**    (9:30 AM)    (Judicial Officer: Roberts, Mary Colleen)
       Resource: Location L2010 Court Room 2010
       Resource: Location D1 Richard J Daley Center

12/14/2022

Case Assigned to Zoom Hearing - Allowed      (Judicial Officer: Roberts, Mary Colleen)
       Party:   Plaintiff Urlacher, Brian

12/14/2022

File Appearance Or Jury Demand, Answer Or Plead - Allowed -
   (Judicial Officer: Roberts, Mary Colleen)
   Party:   Defendant Houston Hair Transplant center, LLC

12/13/2022    **First Time Case Management**    (9:15 AM)    (Judicial Officer: Roberts, Mary Colleen)
       Resource: Location L2010 Court Room 2010
       Resource: Location D1 Richard J Daley Center

12/07/2022

Appoint Special Deputy - Allowed -      (Judicial Officer: Roberts, Mary Colleen)
       Party:   Plaintiff Urlacher, Brian

12/07/2022

Motion For Appointment Of Special Process Server Filed
       Party:   Plaintiff Urlacher, Brian

12/07/2022

Summons Issued And Returnable
       Party:   Plaintiff Urlacher, Brian

11/09/2022

Electronic Notice Sent
       Party:   Plaintiff Urlacher, Brian
       Party 2:   Attorney Karamanis, James Andreas

11/09/2022

Electronic Notice Sent
       Party:   Plaintiff Urlacher, Brian
       Party 2:   Attorney Karamanis, James Andreas

11/09/2022

Electronic Notice Sent
    Party:   Plaintiff Urlacher, Brian
    Party 2:   Attorney Karamanis, James Andreas

10/07/2022    New Case Filing

10/07/2022

Other Commercial Litigation Complaint Filed (Jury Demand)
    Party:   Plaintiff Urlacher, Brian
    Party 2:   Attorney Karamanis, James Andreas

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

BRIAN URLACHER,                                  )
                                                 )
                       Plaintiff,                )
          v.                                     )        No. 2022 L 009091
                                                 )
HOUSTON HAIR TRANSPLANT CENTER,                  )
LLC.,                                            )
                       Defendant.                )

**ROUTINE ORDER**

This cause coming on to be heard on Plaintiff's Routine Motion to Appoint Special Process Server, due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Judicial Attorney Services, License number is 117-001119, all employees and/or agents being over the age of 18 and not a party to this matter, is hereby appointed as special process server to effect service of process on party Defendant.

ENTERED
Judge Mary Colleen Roberts-1937
DEC 0 7 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

ENTER: _Judge Mary Colleen Roberts_
_1937_

_____
Judge                        Judge's No.

DATED:_____

James A. Karamanis, Esq.
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Suite 3050
Chicago, Illinois 60601
Tel.: 312/553-5300
Attorney No. 48525
james@bkchicagolaw.com;

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801,  DALEY CENTER.
 CHICAGO IL-60602


Urlacher Brian
c/o Barney & Karamanis, LLP.
Chicago
IL - 60601
james@bkchicagolaw.com

      NOTICE OF ZOOM CASE MANAGEMENT
      CASE: 2022L009091

Brian Urlacher  -vs- Houston Hair Transplant center, LLC

This cause is scheduled for initial case management via Zoom
before Judge,  Roberts, Mary Colleen  On Tuesday  December  13  2022 at 09:15 AM
      ** DO NOT APPEAR IN PERSON **
To access Zoom by video go to https://zoom.us/join then
enter the access code and password listed below.
ZOOM ACCESS CODE: 972 4167 2936   PASSWORD: 909053

To access Zoom by phone, call 312-626-6799 and then enter
the access code and password listed above.
For questions email: Law.Calncc@cookcountyil.gov
You cannot access Zoom until your scheduled hearing date.
All attorneys of record and self-represented litigants are
required to appear via Zoom and advise the court as to the status of the case.

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, N

FILED DATE: 12/7/2022 11:59 AM   2022L009091

FILED
12/7/2022 11:59 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L009091
Calendar, N
20581316

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

BRIAN URLACHER,                                    )
                                                   )
       Plaintiff,                              )
                                                   )
  v.                                           )     No. 2022 L 009091
                                                   )
HOUSTON HAIR TRANSPLANT CENTER,                    )
LLC.,                                              )
       Defendant.                              )

### PLAINTIFF'S ROUTINE MOTION TO APPOINT SPECIAL PROCESS SERVER

NOW COMES the Plaintiff, BRIAN URLACHER, by and through his attorneys, Barney &

Karamanis, LLP, and respectfully requests that this Court appoint Judicial Attorney Services, as

special process server to serve process on Defendant, HOUSTON HAIR TRANSPLANT CENTER,

LLC.  In support of his motion, Plaintiff states as follows:

1.     That the Complaint at Law in this matter was filed on October 7, 2022.

2.     Plaintiff filed his Complaint at Law as aforesaid and thereafter filed

Summons to be issued to the aforesaid Defendant.

3.     Service was not effectuated on the aforesaid Defendant and plaintiff is unable to

procure service of process through the sheriff's department due to their website being unresponsive.

4.     Special Process service is required so that service of Summons and Complaint may

be effectuated legally and technically with proper service upon Defendant.

5.     That to date, service has not been procured on Defendant, above-referenced.

6.     That Judicial Attorney Services' employees and/or agents are over the age of 18 and

not a party to this action.

7.     That Judicial Attorney Services' license number is 117-001119.

WHEREFORE, the Plaintiff, BRIAN URLACHER, by and through his attorneys, Barney &

Karamanis, LLP, prays that this Honorable Court enter an Order appointing Judicial Attorney

FILED DATE: 12/7/2022 11:59 AM   2022L009091

Services as special process server, and for such other relief for Plaintiffs as this Honorable Court

deems just and fair.

Respectfully submitted,

By: /s/:James A. Karamanis
One of Plaintiff's Attorneys

James A. Karamanis (james@bkchicagolaw.com)
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Suite 3050
Chicago, Illinois 60601
Tel.: 312/553-5300
Attorney No. 48525

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, N

FILED
12/7/2022 10:24 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L009091
Calendar, N
20578378

FILED DATE: 12/7/2022 10:24 AM   2022L009091

| | | |
|---|---|---|
| 2120 - Served | 2121- Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

BRIAN URLACHER,

Plaintiff(s)

V.

Case No.  2022 L 009091

HOUSTON HAIR TRANSPLANT CENTER,LLC

Defendant(s)

**c/o James Trippon, CPA, Reg. Agent**
**8588 Katy Freeway, Suite 320**
**Houston, Texas  77005**

Address of Defendant(s)

Please serve as follows (check one):        Certified Mail        Sheriff Service        Process Server X

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address;, a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/ appearance.asp; and a credit card to pay any required fees.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourtorg**

Page 1 of 3

**Summons - Alias Summons**                                    **(12/01/20) CCG 0001 B**

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://wwwillinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit wwwillinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERKS OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

12/7/2022 10:24 AM IRIS Y. MARTINEZ

Atty. No.: 48525 _____     Witness date _____

Name: _____     _____
Barney & Karamanis, LLP.

Atty. for                                     IRIS Y. MARTINEZ, Clerk of Court

Plaintiff                                     ❏ Service by Certified Mail: _____

Address: 180 N. Stetson, Suite 3050           ❏ Date of Service: _____
                                              (To be inserted by officer on copy left with employer or other person)
City: Chicago, IL.  60601

Telephone: (312) 553-5300

Primary Email: james@bkchicagolaw.com

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

FILED DATE: 12/7/2022 10:24 AM  2022L009091

FILED DATE: 12/7/2022 10:24 AM   2022L009091

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
Court date **EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
Court date **EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
Court date **EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
Court date **EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
Court date **EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
Court date **EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
Court date **EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
Court date **EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
Court date **EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

### DISTRICT 4 - MAYWOOD
Court date **EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
Court date **EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

### DISTRICT 6 - MARKHAM
Court date **EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMET LAW DIVISION

BRIAN URLACHER           )
                            )
              Plaintiff,   )
v.                       )    No.   2022L009091
                            )
HOUSTON HAIR TRANSPLANT   )
CENTER, LLC.           )    Honorable Mary Colleen Roberts
                            )
              Defendant.   )

## ORDER

This cause coming on to be heard on the Court's case management order, due notice having been given and the Court being fully advised on the premises.

IT IS HEREBY ORDERED that:

1. Defendant has until January 23, 2023, to file an appearance. *4234* *4806 4619*

2. The matter is set for status and case management on January 23, 2023, at 9:30am via Zoom before Judge Roberts; meeting ID 921 4167 2936, PW 909053.

ENTERED
Judge Mary Colleen Roberts-1937
DEC 1 4 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

ENTERED:

*Judge Mary Colleen Roberts*
*1937*
Honorable Mary Colleen Roberts

James A. Karamanis, Esq.
Florence P. Montarmani, Esq.
Barney & Karamanis, LLP.
Two Prudential Plaza
180 N. Stetson, Suite 3050
Chicago, Illinois 60601
312-553-5300