# **EXHIBIT B**



# Texas Medical Board
Texas Board of Respiratory Care
## Healthcare Provider Verification / Profile

Search   Back   Print Verification

## Institutional Permit

**NAME:** GORAN ALEC JEZIC
**LICENSE:** 20819
**INFORMATION CURRENT AS OF:** 1/5/2023

**CURRENT STATUS: Terminated**

Click here for a detailed information on what each section below contains.

**THE INFORMATION IN THIS BOX HAS BEEN VERIFIED BY THE TEXAS MEDICAL BOARD**

### Verified Information

- **Year of Birth:** 1966
- **License Number:** 20819 Institutional Permit
- **Begin Date:** 06/24/1992
- **Expiration Date:** 06/24/1993
- **Current Status:** Terminated as of 02/21/2007
- **Disciplinary Restrictions:** NONE
- **Non-Disciplinary Restrictions:** NONE
- **Specialties:**

 Current Board Action

**THE INFORMATION IN THESE SECTIONS WAS REPORTED BY THE LICENSEE AND MAY HAVE NOT BEEN VERIFIED BY THE TEXAS MEDICAL BOARD**

### Self Reported Information

- **Gender:** MALE
- **Place of Birth:** MICHIGAN
- **Race:** WHITE

**Current Primary Practice Address:**
4101 GREENBRIAR DR.

SUITE 200
HOUSTON, TX 77098

### Education

**Graduation Year:** 1992
**Medical School:** MCGOVERN MED SCH AT THE UNIV OF TEXAS HLTH SCI CTR, HOUSTON, TX
**Training Institution:** UNIV OF TEXAS MEDICAL SCHOOL AT HOUSTON
**Program Specialty:** INTERNAL MEDICINE

### Summary of all Licenses

**Issue Date:** 11/20/1993
**Type:** [J4237  Physician License](#)

**Issue Date:** 06/24/1992
**Type:** [20819  Institutional Permit](#)

---

v2.0.0.5 Copyright© Texas Medical Board - Chrome 96 IP:63.148.73.230

Contact Us  | Privacy Policy  | Accessibility Policy  | Compact with Texans  | Website Linking Policy
Please contact the TMB Call Center at (512) 305-7030 for assistance.