# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

BRIAN URLACHER,,

Plaintiff,

v.

HOUSTON HAIR TRANSPLANT CENTER LLC,

Defendant.

Case No. 23-CV-0074
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☐ in favor of Defendant (s)

and against Plaintiff (s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: case dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.

Date:  7/5/2023                              Thomas G. Bruton, Clerk of Court

                                             Claire E. Newman, Deputy Clerk